**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BRADY FORET**                                          **CIVIL ACTION**

**VERSUS**                                               **No. 09-3598**

**APACHE CORPORATION**                                   **SECTION: I/3**

## ORDER

Before the court is a motion to remand filed by plaintiff, Brady Foret ("Foret"). Defendant, Apache Corporation ("Apache"), removed plaintiff's "petition to perpetuate testimony" to this Court on the ground that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Foret's petition to perpetuate testimony, however, does not seek to recover damages from Apache. Instead, his petition seeks "to take the testimony of a representative of Apache Corporation to establish the identities of all business entities and individuals who Apache Corporation may have relied upon...to allow for the safe place of the Key Energy drilling rig."[1] As such, Foret's petition does not involve "a matter in controversy [that] exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Accordingly,

**IT IS ORDERED** that the motion to remand is **GRANTED** and that the matter shall be **REMANDED** to the 17th Judicial District Court for the State of Louisiana.

**IT IS FURTHER ORDERED** that the motion for sanctions is

---

[1] Rec. Doc. No. 5-3.

**DENIED.**

New Orleans, Louisiana, July 2, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE